### WILLIAM WHITEDAY *et al.* v. EDWIN S. CORLISS *et al.*
#### No. 13,615. (76 Pac. 1131.)

### WILLIAM BARB v. FRANK R. OGG *et al.*
#### No. 13,616. (76 Pac. 1131.)

Error from Johnson district court; W. H. SHELDON, judge. Opinion filed May 7, 1904. Affirmed.

*L. G. Ferrel, Bird & Pope,* and *T. J. Madden,* for plaintiffs in error.

*J. P. Hindman, C. L. Randall,* and *John T. Little,* for defendants in error.

*Per Curiam:* These cases involve the questions which were determined in *Dunbar v. Green,* 66 Kan, 557, 72 Pac. 243, and, following the decision in that case, the judgments in these will be affirmed.